# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| LA'SHUNDRA N. TUCKER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:18-cv-00596-P-BP |
| | § | |
| THE UNIVERSITY OF TEXAS AT ARLINGTON, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (ECF No. 15) and Plaintiff's Objections thereto (ECF Nos. 16, 38).

The Court has liberally construed Plaintiff's objections in light of Plaintiff's pro se status. Following a de novo review, the Court **OVERRULES** the Objections, as none of the Objections alter the Magistrate Judge's finding and conclusion that Plaintiff failed to plead sufficient facts to satisfy the *Twombly* standard with respect to her EPA claims.

After conducting a de novo review of all relevant matters of record in this case and the applicable law, the Court determines that the Findings and Conclusions of the Magistrate Judge are correct, and they are **ACCEPTED** as the Findings and Conclusions of the Court. Accordingly, this matter is **WITHDRAWN** from United States Magistrate Judge Hal R. Ray, Jr. and the case is **DISMISSED with prejudice.**

**SO ORDERED** on this **7th day** of **January, 2020**.

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE